# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Sturgiss,<br><br>        Plaintiff,<br><br>v.<br><br>Pinnacle West Capital Corporation, et al.,<br><br>        Defendants. | **NO. CV-15-02567-PHX-SRB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Minute Entry filed February 21, 2017, judgment is entered in favor of defendant and against plaintiff.

                                              Brian D. Karth
                                              District Court Executive/Clerk of Court

February 21, 2017

                                              s/ A. Duran
                                 By   Deputy Clerk